**DISTRICT COURT OF MARYLAND FOR** Montgomery County

LOCATED AT (COURT ADDRESS)
8552 Second Avenue
Silver Spring, Maryland 20910

AW10 CV 2463

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 SEP -7 P 3:40

CLERK'S OFFICE
BY_____ DEPUTY

**CASE NO.** CV

**COMPLAINT** ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000
Clerk: Please docket this case in an action of ☐ contract ☒ tort
☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

On 10/8/09, plaintiff authorized defendant CoreLogic SafeRent aka First Advantage SafeRent in a signed application to ran a single credit & criminal history check on plaintiff for an apartment. On 10/29/09, plaintiff received copies of credit reports & noticed that on 10/14/09, defendant had ran a second unauthorized credit and criminal history check on plaintiff.

Plaintiff contacted defendant about second unauthorized inquiry and demanded the deletion of said inquiry, defendant without providing plaintiff with evidence that he authorized second credit and criminal history check refused to delete the hard inquiry. The inquiry is highly injurious to plaintiff's credit. Defendant is in wilful noncompliance of the Fair & Accurate Credit Transaction Act, and the Fair Credit Reporting Act. plaintiff demands $4,500 and deletion of inquiry.

**PARTIES**

Plaintiff
James Cooke
P.O. Box 14902
Silver Spring, MD 20911

VS.

Defendant(s):
1. CoreLogic SafeRent
7300 Westmore Road, Suite 3
Rockville, MD 20850-5223
c/o Evan Barnett, President

Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

2.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 4,500 plus interest of $_____ and attorney's fees of $_____ plus court costs.
☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☒ Other: Deletion of inquiry
and demands judgment for relief.

RECEIVED AUG 0 6 2010

Signature of Plaintiff/Attorney/Attorney Code
Telephone Number: 301-806-1082

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

---

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☒ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☒ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. ☐ Defendant _____ Name _____ is in the military service.
☐ No Defendant is in the military service and the facts supporting this statement are: _____
Defendant is a corporation in the State of Maryland

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.

7-28-10
Date

/s/ J. Cook
Signature of Affiant

DC/CV 1 (front) (Rev. 9/2009)